IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | ) | Bktcy. 15-70602-JAD |
| | ) | |
| Coast To Coast Cellular, | ) | Chapter 7 |
| Inc. | ) | |
| | ) | |
| DEBTOR | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Coast To Coast Cellular, | ) | |
| Inc. | ) | Doc. # _7_ |
| | ) | |
| Movant | ) | Related Doc. # |
| | ) | |
| v. | ) | Hearing Date: |
| | ) | |
| NO RESPONDENTS | ) | Hearing Time: |
| | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER OF COURT</u>

AND NOW, to wit this 14th day of __Sept.__, 2015, the Court having considered the within Motion, and all Responses filed thereto, and having held hearing thereon and considered the evidence presented, as well as the Briefs and Arguments of counsel, **IT IS HEREBY ORDERED, ADJUDGED, DETERMINED, FOUND and DECREED** that:

1. Debtor shall be and hereby is afforded an extension of time until the end of the day on ~~Thursday, September 24, 2015,~~ **MONDAY, SEPTEMBER 21, 2015,** within which to file its schedules, statements and related information. *No further extensions shall be granted except in extenuating circumstances.*

BY THE COURT:

_____
JEFFERY A. DELLER, CHIEF JUDGE
**UNITED STATES BANKRUPTCY COURT**

emm

CASE ADMINISTRATOR TO SERVE:
   Coast To Coast Cellular, Inc.
   James R. Walsh, Esq.
   Eric E. Bononi, Esq.
   Office of the U.S. Trustee

FILED
9/14/15 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA