IN RE:

Coast To Coast Cellular, Inc.

CHAPTER 7

CASE NO. 15-70602- JAD

NO STATEMENT OF CASH FLOWS PREPARED