**IN THE UNITED BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re Coast to Coast Cellular, Inc., | Case No. 15-70602 |
| Debtor | Chapter 7 |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Creditor, Lonta Townsend, in this matter. The undersigned requests that all matters which must be noticed to creditors, any creditors committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtors, or any other party in the case, be sent to the below contact information.

Respectfully submitted,

**ELZER LAW FIRM, LLC**

/s/ Christine T. Elzer
Christine T. Elzer
Pa. I.D. No. 208157

355 Fifth Avenue, Suite 900-9
Pittsburgh, PA 15222
(412) 230-8436

Attorney for Creditor,
Lonta Townsend

Official Form 11A
6/90

# United States Bankruptcy Court

Western District Of Pennsylvania

In re Coast to Coast Cellular, Inc.,
Debtor

Case No. 15-70602

Chapter 7

## GENERAL POWER OF ATTORNEY

To: Christine T. Elzer of Elzer Law Firm, LLC, 355 Fifth Avenue, Suite 900-9, Pittsburgh, PA 15222

The undersigned claimant hereby authorizes you, or any one of you, as attorney in fact for the undersigned and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in the above-entitled case; [*if appropriate*] to vote for a trustee of the estate of the debtor and for a committee of creditors; to receive dividends; and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in this case.

Dated: 06 OCT 2015

Signed: _____

By Lonta Townsend

as Creditor

Address: PO BOX 10586
GAITHERSBURG, MD 20898-9996

Acknowledged before me on 10/6/2015

County/City of Fairfax
Commonwealth/State of Virginia
The foregoing instrument was acknowledged before me this 6 day of OCT 2015, by
_____
(name of person seeking acknowledgement)
Emanuel Arriaza
Notary Public
My Commission Expires: 7/31/2017

Emanuel Arriaza

[*Official character.*]

EMANUEL ARRIAZA
Commonwealth of Virginia
Notary Public
Commission No. 7555981
My Commission Expires 7/31/2017