# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Coast To Coast Cellular, Inc. |
|---|---|
| CASE NO. | 15-70602 |
| RELATED TO DOCUMENT NOs. | #22-Creditor Request for Notices |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **#22-Creditor Request for Notices** that you submitted has been accepted for filing, but the Creditor Request for Notices does NOT match the pdf which was filed, thus fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**The Creditor Request for Notices does not match the pdf which is a Notice of Appearance.**

You must file a corrected Creditor Request for Notices or Notice of Appearance within ten (10) days of the date of this notice.

Failure to meet this deadline may result in no action being taken on the Creditor Request for Notices.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Motion for Loss Mitigation.**

|   October 8, 2015   | By: |   Jonathan Breyfogle   |
|:---:|---|:---:|
| Date | | Deputy Clerk |

#106c-I

Cm:   Christine T. Elzer, Esq.
      355 Fifth Avenue, Suite 900-9
      Pittsburgh, PA 15222