IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Coast to Coast Cellular, Inc.,<br>　　　　　　　　Debtor. | Bankruptcy Case No.15-70602-JAD<br><br>Chapter 7 |
| Eric E. Bononi as Trustee for the Estate of<br>Coast to Coast Cellular, Inc.,<br>　　　　　　　　Plaintiff, | Adversary Case No. _____ |
| 　　　　v. | |
| National Rural Telecommunications<br>Cooperative,<br>　　　　　　　　Defendant | |

## <u>ORDER ON ADVERSARY COMPLAINT</u>

AND NOW, this _____ day of _____, 2016, upon consideration of the foregoing Complaint filed by Plaintiff Eric E. Bononi, Trustee, it is hereby Ordered as follows:

1) the Defendant is directed to substitute Eric E. Bononi, the Chapter 7 Trustee, as the certificated holder and owner of all Membership Interest of the Debtor in NRTC;

2) the Defendant is directed to substitute Eric E. Bononi, the Chapter 7 Trustee, as the certificated holder and owner of all Capital Account Balances of the Debtor in NRTC;

3) the Defendant is directed to make any future patronage payments directly to the Trustee's Special Counsel, Rudov & Stein, on account of the Debtor's Membership Interests or Capital Account Balances; and,

4) Counsel for the Plaintiff and Defendant are to meet and confer to establish a protocol for the turnover of documents relevant to the remedies requested in Count II of the Complaint. If the parties are unable to amicably establish such a protocol, then the Plaintiff shall file a Motion requesting a status conference.

By the Court:

_____