IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Coast To Coast Cellular, Inc.,<br>    Debtor<br><br>Eric E. Bononi, Trustee,<br>    Movant<br><br>            v.<br>Coast To Coast Cellular, Inc.,<br>    Respondent | Bankruptcy No.: 15-70602-JAD<br><br>Chapter 7<br><br>Document No.: |

## APPLICATION FOR APPROVAL TO EMPLOY ACCOUNTING FIRM

AND NOW, to-wit, comes the Trustee, Eric E. Bononi, and files the following application:

1. This is a Chapter 7 case commenced by voluntary petition filed on August 28, 2015.

2. The moving party is the Trustee, Eric E. Bononi.

3. The Trustee needs the services of an accountant for advice and the preparation of the necessary Tax Returns for the Estate.

4. The Trustee proposes to employ Eric E. Bononi, C.P.A., and the accounting firm of Bononi & Company, P.C., 20 N Pennsylvania Ave, Suite 201, Greensburg, PA  15601, as the accounting firm for the Trustee and Estate. This accounting firm as previously been employed as the accountant for the Trustee and Estate in other bankruptcy cases.

5. Said accounting firm proposes to charge at the rate of $175.00 per hour for accounting and tax services with the understanding that eventual compensation is to be determined by this Court.

6. It is believed that neither Eric E. Bononi, nor the said accounting firm have any adverse interest with the bankruptcy estate, and creditors, or any other parties in interest.

WHEREFORE, the Trustee respectfully requests that he be authorized to employ Eric E. Bononi, C.P.A. and the accounting firm of Bononi & Company, P.C. to work with him in connection with all accounting procedures and preparation of tax returns with compensation to be paid as an administrative expense in such amounts as this Court may determine to be appropriate.

Dated:  February 19, 2016                                   Respectfully submitted,


Prepared by:                                                           */s/ Eric E. Bononi*
Eric E. Bononi                                                        Eric E. Bononi, Esquire
                                                                               PA ID# 44730
                                                                               20 N. Pennsylvania Ave, Suite 201
                                                                               Greensburg, PA  15601-2337
                                                                               bankruptcy@bononilaw.com
                                                                               (724) 832-2499