IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Coast To Coast Cellular, Inc.,<br>    Debtor<br><br>Eric E. Bononi, Trustee,<br>    Movant<br><br>            v.<br>Coast To Coast Cellular, Inc.,<br>    Respondent | Bankruptcy No.: 15-70602-JAD<br><br>Chapter 7<br><br>Document No.: |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2016, upon consideration of the Trustee's Application to Employ Accountant, it is ORDERED, ADJUDGED and DECREED as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Eric E. Bononi, C.P.A. of Bononi & Company, P.C., 20 N. Pennsylvania Avenue, Greensburg, Pennsylvania, 15601, is employed to represent the Trustee in this bankruptcy proceeding for the reasons set forth in the Motion.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal services properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less that the requested hourly rate/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE