## IN THE UNITED BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Coast to Coast Cellular, Inc., | Bankruptcy No. 15-70602-JAD |
| | Chapter 7 |
| Debtor. | Related To Doc. # 64 |

### ORDER OF COURT

AND NOW, this 17th day of May, 2016, upon consideration of the foregoing, the Motion of Creditor Lonta Townsend for Clarification of Order Dated November 24, 2015 is GRANTED.

On November 24, 2015, this Court modified the stay issued as to *Lonta Townsend v. Coast to Coast Cellular, Inc. et al*, Civil Action No. 3:14-267, filed in the U.S. District Court for the Western District of Pennsylvania, to the extent of Debtor's available insurance. As such, Mr. Townsend may proceed against Debtor in the *Townsend v. Coast to Coast Cellular, Inc. et al.* for all purposes, including trial and appeal, as long as Debtor's costs of defense are paid for by insurance proceeds.

In the event that defense fees and costs are not reimbursed by Debtor's insurance policy, the automatic stay shall be reinstated and the District Court litigation shall be stayed. Debtor shall be responsible for notifying the Court, the Trustee, and counsel for Mr. Townsend should it not be reimbursed by insurance for its costs of defense.

Consenting:

/s/ Eric E. Bononi
Chapter 7 Trustee

/s/ Christine T. Elzer
Counsel for Creditor Lonta Townsend

BY THE COURT:

_____
Jeffrey A. Deller
Chief United States Bankruptcy Judge

FILED
5/17/16 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA