**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

| | | |
|---|---|---|
| In re: | | |
| COAST TO COAST CELLULAR, | § | Case No. 15-70602-JAD |
| INC. | § | Chapter 7 |
| Debtor(s) | § | |
| | § | |
| Eric E. Bononi, Trustee | § | |
| Movant | § | |
| | § | |
| v. | § | |
| No Respondents | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Eric Bononi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:   $0.00 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:   $309,648.99 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:   $469,696.03 | |

3) Total gross receipts of $779,345.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $779,345.02 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $469,696.03 | $469,696.03 | $469,696.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $25,448.47 | $32,876.45 | $36,349.08 | $36,349.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,741,328.89 | $3,130,297.83 | $3,155,217.27 | $273,299.91 |
| **TOTAL DISBURSEMENTS** | $1,766,777.36 | $3,632,870.31 | $3,661,262.38 | $779,345.02 |

4) This case was originally filed under chapter 7 on 08/28/2015.  The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:        06/04/2019                              By: /s/ Eric Bononi
                                                                      Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| NRTC Purchase Option & Subordinated Certificate | 1229-000 | $3,500.00 |
| Riner, et. al. Preferential/Fraudulent Transfer | 1241-000 | $450,000.00 |
| Somerset Trust Company Business Checking Account | 1129-000 | $2,478.25 |
| Insurance Refund from Traveler's Insurance | 1249-000 | $500.00 |
| KonaTel Preferential/Fraudulent Transfer | 1241-000 | $80,000.00 |
| National Rural Telecommunications Cooperative (N | 1129-000 | $231,500.00 |
| Verizon Tax Refund | 1229-000 | $11,366.77 |
| **TOTAL GROSS RECEIPTS** | | **$779,345.02** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | US Bancorp | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Wells Fargo Equipment Finance, Inc. | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Eric Bononi | 2100-000 | NA | $42,217.25 | $42,217.25 | $42,217.25 |
| Attorney for Trustee Fees - Eric E. Bononi | 3110-000 | NA | $48,965.00 | $48,965.00 | $48,965.00 |
| Attorney for Trustee, Expenses - Eric Bononi | 3120-000 | NA | $2,157.23 | $2,157.23 | $2,157.23 |
| Accountant for Trustee, Fees - Eric E. Bononi | 3310-000 | NA | $4,007.50 | $4,007.50 | $4,007.50 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $1,062.00 | $1,062.00 | $1,062.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $6,171.79 | $6,171.79 | $6,171.79 |
| Other Chapter 7 Administrative Expenses - Verizon Security Subpoena Compliance | 2990-000 | NA | $75.00 | $75.00 | $75.00 |
| Other Chapter 7 Administrative Expenses - CliCKS Document Management | 2990-000 | NA | $696.43 | $696.43 | $696.43 |
| Other Chapter 7 Administrative Expenses - Thomas Court Services | 2990-000 | NA | $454.80 | $454.80 | $454.80 |
| Attorney for Trustee Fees (Other Firm) - David K. Rudov, Esquire | 3210-000 | NA | $145,980.00 | $145,980.00 | $145,980.00 |
| Attorney for Trustee Fees (Other Firm) - Scott M. Hare, Esquire | 3210-000 | NA | $145,980.00 | $145,980.00 | $145,980.00 |
| Attorney for Trustee Expenses (Other Firm) - David K. Rudov, Esquire | 3220-000 | NA | $1,528.23 | $1,528.23 | $1,528.23 |
| Accountant for Trustee Fees (Other Firm) - Charles P. Dahlmann | 3410-000 | NA | $6,150.00 | $6,150.00 | $6,150.00 |
| Arbitrator/Mediator for Trustee Fees - Joel M. Walker | 3721-000 | NA | $8,001.23 | $8,001.23 | $8,001.23 |
| Other Professional Fees - PJ Louis | 3991-000 | NA | $53,325.00 | $53,325.00 | $53,325.00 |
| Other Professional Expenses - Konatel | 3992-000 | NA | $1,348.72 | $1,348.72 | $1,348.72 |
| Other Professional Expenses - TransPerfect Translations International, Inc. | 3992-000 | NA | $603.85 | $603.85 | $603.85 |
| Other Professional Expenses - Verbatim Reporting | 3992-000 | NA | $972.00 | $972.00 | $972.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$469,696.03** | **$469,696.03** | **$469,696.03** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|------------------|-----------------|----------------|-------------|
| None  |                    |                  |                 |                |             |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | CLERK, U.S. BANKRUPTCY COURT - Pennsylvania Department of Revenue | 5800-001 | $0.00 | $289.41 | $289.41 | $289.41 |
| 4P-2 | Lonta Townsend | 5300-000 | $0.00 | $12,475.00 | $8,907.15 | $8,907.15 |
| 7P-2 | Oregon Department of Revenue | 5800-000 | $180.00 | $152.21 | $152.21 | $152.21 |
| 8P | Tennessee Dept. of Revenue c/o Attorney General | 5800-000 | $2,097.71 | $6,715.73 | $6,715.73 | $6,715.73 |
| 9P | New York State Dept. of Taxation and Finance | 5800-000 | $0.00 | $37.13 | $37.13 | $37.13 |
| 10P | William R. Sullivan | 5300-000 | $0.00 | $12,475.00 | $9,150.41 | $9,150.41 |
| 13 | Wisconsin Department of Revenue | 5800-000 | $0.00 | $26.35 | $26.35 | $26.35 |
| 14 | Franchise Tax Board | 5800-000 | $588.00 | $705.62 | $705.62 | $705.62 |
|  | Comptroller of Maryland | 5300-000 | NA | NA | $399.20 | $399.20 |
|  | Comptroller of Maryland | 5300-000 | NA | NA | $717.31 | $717.31 |
|  | Maryland Department of Labor, Licensing & Regulation | 5800-000 | NA | NA | $324.35 | $324.35 |
|  | NYS Employment Contributions and Taxes | 5800-000 | NA | NA | $399.60 | $399.60 |
|  | NYS Employment Contributions and Taxes | 5300-000 | NA | NA | $873.25 | $873.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FICAEEP | IRS - EFTPS 941 | 5300-000 | NA | NA | $1,546.90 | $1,546.90 |
| FICAERP | IRS - EFTPS 941 | 5800-000 | NA | NA | $1,546.90 | $1,546.90 |
| FUTAP | IRS - EFTPS 940 | 5800-000 | NA | NA | $840.00 | $840.00 |
| FWTP | IRS - EFTPS 941 | 5300-000 | NA | NA | $2,994.00 | $2,994.00 |
| MEDIEEP | IRS - EFTPS 941 | 5300-000 | NA | NA | $361.78 | $361.78 |
| MEDIERP | IRS - EFTPS 941 | 5800-000 | NA | NA | $361.78 | $361.78 |
| N/F | Colorado Department of Revenue | 5800-000 | $1.00 | NA | NA | NA |
| N/F | Comptroller of Maryland Revenue Administration Division | 5800-000 | $49.00 | NA | NA | NA |
| N/F | Georgia Department of Revenue | 5800-000 | $70.00 | NA | NA | NA |
| N/F | Idaho State Tax Commission | 5800-000 | $22.00 | NA | NA | NA |
| N/F | Illinois Department of Revenue | 5800-000 | $3.00 | NA | NA | NA |
| N/F | Indiana Department of Revenue c/o United Collection Bureau, | 5800-000 | $10.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5800-000 | $0.00 | NA | NA | NA |
| N/F | J William Riner | 5800-000 | $7,490.38 | NA | NA | NA |
| N/F | Kentucky Department of Revenue | 5800-000 | $175.00 | NA | NA | NA |
| N/F | Minnesota Department of Revenue | 5800-000 | $237.00 | NA | NA | NA |
| N/F | NEBRASKA DEPARTMENT OF REVENUE | 5800-000 | $30.00 | NA | NA | NA |
| N/F | North Carolina Department of Revenue | 5800-000 | $2.00 | NA | NA | NA |

| N/F | North Dakota Department of Revenue | 5800-000 | $1.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Ohio Department of Taxation | 5800-000 | $718.00 | NA | NA | NA |
| N/F | Oklahoma Tax Commission | 5800-000 | $606.00 | NA | NA | NA |
| N/F | PA Department of Labor & Industry | 5800-000 | $0.00 | NA | NA | NA |
| N/F | RI Division of Taxation One Capital Hill | 5800-000 | $500.00 | NA | NA | NA |
| N/F | SD Public Utilities Commission | 5800-000 | $275.00 | NA | NA | NA |
| N/F | Saul Glosser | 5800-000 | $7,490.38 | NA | NA | NA |
| N/F | USAC Customer Operations | 5800-000 | $4,900.00 | NA | NA | NA |
| N/F | Virginia Department of Taxation Office of Customer Services | 5800-000 | $3.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$25,448.47** | **$32,876.45** | **$36,349.08** | **$36,349.08** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Pennsylvania Department of Revenue | 7300-000 | $0.00 | $21.89 | $21.89 | $0.00 |
| 2 | telSPACE,LLC | 7100-000 | $89,917.50 | $149,629.23 | $149,629.23 | $12,963.39 |
| 3 | telSPACE,LLC | 7100-000 | $500,001.00 | $1,795,161.29 | $1,795,161.29 | $155,526.95 |
| 4U-2 | Lonta Townsend | 7100-000 | $75,000.00 | $88,858.50 | $63,444.97 | $5,496.67 |
| 5 | Wells Fargo Bank, N.A. Business Direct Division | 7100-000 | $0.00 | $16,242.31 | $16,242.31 | $1,407.18 |
| 6 | Universal Service Administrative Company | 7100-000 | NA | $4,699.41 | $4,699.41 | $407.14 |
| 7U-2 | CLERK, U.S. BANKRUPTCY COURT - Oregon Department of Revenue | 7100-001 | NA | $31.94 | $31.94 | $2.77 |
| 7U- | Oregon Department of Revenue | 7300-000 | $0.00 | $7.50 | $7.50 | $0.00 |
| 8U | Tennessee Dept. of Revenue | 7300-000 | $0.00 | $524.25 | $524.25 | $0.00 |
| 9U | New York State Dept. of Taxation and Finance | 7300-000 | $0.00 | $114.51 | $114.51 | $0.00 |
| 10U | William Sullivan | 7100-000 | $0.00 | $600,025.00 | $469,359.09 | $40,663.75 |
| 11 -2 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | William Sullivan | 7100-000 | $284,472.54 | $303,735.50 | $303,735.50 | $26,314.66 |
| 15 | KonaTel, Inc. | 7100-000 | NA | $171,246.50 | $171,246.50 | $14,836.24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Comptroller of Maryland | 7100-000 | NA | NA | $5,109.36 | $442.66 |
| | Comptroller of Maryland | 7100-000 | NA | NA | $2,843.47 | $246.35 |
| | Maryland Department of Labor, Licensing & Regulation | 7100-000 | NA | NA | $221.00 | $19.15 |
| | NYS Employment Contributions and Taxes | 7100-000 | NA | NA | $399.60 | $34.62 |
| | NYS Employment Contributions and Taxes | 7100-000 | NA | NA | $42,001.75 | $3,638.89 |
| FICAEEU | IRS - EFTPS 941 | 7100-000 | NA | NA | $13,470.03 | $1,167.00 |
| FICAERU | IRS - EFTPS 941 | 7100-000 | NA | NA | $13,470.03 | $1,167.00 |
| FUTAU | IRS - EFTPS 940 | 7100-000 | NA | NA | $840.00 | $72.77 |
| FWTU | IRS - EFTPS 941 | 7100-000 | NA | NA | $82,666.02 | $7,161.92 |
| MEDIEEU | IRS - EFTPS 941 | 7100-000 | NA | NA | $9,988.81 | $865.40 |
| MEDIERU | IRS - EFTPS 941 | 7100-000 | NA | NA | $9,988.81 | $865.40 |
| N/F | J William Riner | 7100-000 | $4,629.78 | NA | NA | NA |
| N/F | J William Riner | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | J William Riner | 7100-000 | $115,256.33 | NA | NA | NA |
| N/F | J William Riner | 7100-000 | $4,599.24 | NA | NA | NA |
| N/F | Pillsbury Winthrop Shaw Pittman LLP | 7100-000 | $9,198.47 | NA | NA | NA |
| N/F | Saul Glosser | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Saul Glosser | 7100-000 | $115,716.51 | NA | NA | NA |
| N/F | Saul Glosser | 7100-000 | $8,707.28 | NA | NA | NA |
| N/F | Saul Glosser | 7100-000 | $4,599.24 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|------|-----------------------------------|----------|--------------|---------------|---------------|------------|
| N/F | Saul Glosser | 7100-000 | $5,581.00 | NA | NA | NA |
| N/F | Somerset Trust Company | 7100-000 | $0.00 | NA | NA | NA |
| N/F | USSCO Johnstown Federal Credit Union | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Westwood Zamias Limited Partnership | 7100-000 | $518,650.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,741,328.89** | **$3,130,297.83** | **$3,155,217.27** | **$273,299.91** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  15-70602-JAD

**Case Name:**   COAST TO COAST CELLULAR, INC.

**For Period Ending:**   06/04/2019

**Trustee Name:**   (580760) Eric Bononi

**Date Filed (f) or Converted (c):**   08/28/2015 (f)

**§ 341(a) Meeting Date:**   11/18/2015

**Claims Bar Date:**   02/16/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Somerset Trust Company Business Checking Account | 5,832.57 | 2,478.25 | | 2,478.25 | FA |
| 2 | National Rural Telecommunications Cooperative (N<br><br>Order Granted at doc. 24. The NRTC Purchase Option and Subordinated Certificate was sold at doc. 144, which included the remaining balance that was owed from NRTC. Please refer to Asset #7. | Unknown | 235,500.00 | | 231,500.00 | FA |
| 3 | Insurance Refund from Traveler's Insurance (u) | 0.00 | 500.00 | | 500.00 | FA |
| 4 | Verizon Tax Refund (u) | 0.00 | 11,366.77 | | 11,366.77 | FA |
| 5 | KonaTel Preferential/Fraudulent Transfer (u)<br><br>Adversary #16-07030-JAD | 0.00 | 80,000.00 | | 80,000.00 | FA |
| 6 | Riner, et. al. Preferential/Fraudulent Transfer (u)<br><br>Adversary #16-07030-JAD | 0.00 | 450,000.00 | | 450,000.00 | FA |
| 7 | NRTC Purchase Option & Subordinated Certificate (u)<br><br>Sale of NRTC Purchase Option & Subordinated Certificate. Order Granted at doc. 144. | 0.00 | 3,500.00 | | 3,500.00 | FA |
| **7** | **Assets Totals (Excluding unknown values)** | **$5,832.57** | **$783,345.02** | | **$779,345.02** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

Case No.:   15-70602-JAD

Case Name:    COAST TO COAST CELLULAR, INC.

For Period Ending:   06/04/2019

Trustee Name:    (580760) Eric Bononi

Date Filed (f) or Converted (c):   08/28/2015 (f)

§ 341(a) Meeting Date:   11/18/2015

Claims Bar Date:   02/16/2016

**Major Activities Affecting Case Closing:**

Start TDR
Bank and ledger balances are now $0. Need 0 balance statement to file TDR.
Need 0 balance.
PA returned check. Send into the clerk
125 days to file TDR are up on August 1, 2019.
There are two outstanding checks.
There are 5 outstanding checks
There are still 8 outstanding checks.
Awaiting 0 balance. Need to send MD unemployment returns and checks.
Call US Trustee on Wed. Mar. 13, 2019, if no response
NFR Hearing 4/5/19 at 11. Responses due by 3/28/19
File TFR
Awaiting Check
File the stipulation.
File the CNO.
File proof of publication.
Contact Christine Elzer.
File objection to Konatel claim
Sell Remnants to Mark Gibbon
File CNO
Motion to Sell Hearing is on Oct. 4, 2018 at 11. Responses due 9/24/18
Hearing on Fee App for Chuck is Oct. 4, 2018 at 11. Responses due 9/21/18
Hearing on Fee App for PJ Louis is Sept. 21, 2018 at 11. Responses due 9/7/18
Hearing on Motion to Approve Settlement is on 8/21/18 at 10. Responses due 8/20/18.
Trial Date 20th at 10:00 am
Kim Somerset Trust  814-443-9382
 Depo on 5/10/18 and 5/11/18    UGLY- Need back of Checks Subpeona
need to do certificate of service and pay invoices.
Motion for Discovery Fees  Hearing 6/12/18 - responses due 5/8/18
Depo's are this week
Status Conf Rescheduled 5/4/  10:00 am
Mediation  3/12    Status Conf 4/6  10:00 am
 Filed Application for Fees  PJ Louis Hearing 2/22 10:00 am  Rudov  will Cover  CNO 2/15
Status Conference continued to February 22, 2018 at 10:00am.
Settled for 80,000.00
email David Rudov
Discovery to be submitted by Rudov
Status Conference to be held on 12/15/2017 at 10:00 AM
Hearing is 10/20/17 at 1:30pm
October Dscovery closes    $10,000.00 Report
7/11 Deposition
Conference Call on Friday
need response
Withdraw 1 count hearing on 1/26/17 at 10
Need a valuation by their expert
Responses moved back to 11/30/16
Answer due 10/27/16
email David and Scott
Complaint is done
Need 2004 examination
Call Rudov and Scott Hare
Still owed 9 payments of $500.00
Need an application for compensation
Need to new where the extra money came from.
Hearing on 6/3 at 10
Call Brad at IRS about Claim

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

**Case No.:**  15-70602-JAD

**Case Name:**    COAST TO COAST CELLULAR, INC.

**Trustee Name:**    (580760) Eric Bononi

**Date Filed (f) or Converted (c):**    08/28/2015 (f)

**§ 341(a) Meeting Date:**    11/18/2015

**For Period Ending:**    06/04/2019

**Claims Bar Date:**    02/16/2016

Travel to D.C. on 4/12/16
File an extension
Hearing on App. to Employ EEB as Accountant is 3/24/16 at 10. CNO due 3/7/16
Call Bill Sullivan
Negotiating settlement of the co-op monies.
Currently investigating the lawsuit against the principles of debtor company for selling company too cheaply.
Made a demand for the Somerset Trust Company bank account monies.
Subpeona for records.
Rudov is in receipt of all documents
Missing Quickbooks key.
Dahlman
Copies to Rudov and Hare.
Wave file to Rudov
2004 examination
List of questions - Mark at Cascade
Depo Lonta Townsend
1990k + 300k Assumption - Employ Scott Hare and David Rudov
Need discovery
Subponeas due 11/8/15
Pull file sigura
subpeona attorney.
Cash at this point

**Initial Projected Date Of Final Report (TFR):**    06/30/2016

**Current Projected Date Of Final Report (TFR):**    12/18/2018 (Actual)

# Form 2

Exhibit 9
Page:  1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-70602-JAD | |
| **Case Name:** | COAST TO COAST CELLULAR, INC. | |
| **Taxpayer ID #:** | **-***3555 | |
| **For Period Ending:** | 06/04/2019 | |

| | |
|---|---|
| **Trustee Name:** | Eric Bononi (580760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9966 Checking Account |
| **Blanket Bond (per case limit):** | $11,311,777.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/11/16 | {1} | Somerset Trust Company | Closed the Somerset Trust Account. Check Received 1/11/16. Check dated 1/7/16. | 1129-000 | 2,478.25 | | 2,478.25 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,468.25 |
| 02/01/16 | 101 | CliCKS Document Management | Copying Cost. Order granted at doc. 54. | 2990-000 | | 696.43 | 1,771.82 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,761.82 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,751.82 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,741.82 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,731.82 |
| 06/15/16 | | Rudov & Stein PC | Settlement Approved in adversary #16-07003-JAD at doc. # 24 Check dated 6-10-16, received on 6-15-16 due to flag day on 6-14-16 as no mail. | | 147,840.00 | | 149,571.82 |
| | {2} | | Settlement from NRTC<br><br>$231,000.00 | 1129-000 | | | 149,571.82 |
| | | Rudov & Stein, P.C. | Attorney for Trustee Fees<br><br>-$41,580.00 | 3210-000 | | | 149,571.82 |
| | | Scott M. Hare, Esquire | Attorney for Trustee Fees<br><br>-$41,580.00 | 3210-000 | | | 149,571.82 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.76 | 149,463.06 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.24 | 149,255.82 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 235.50 | 149,020.32 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.75 | 148,806.57 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.33 | 148,600.24 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.38 | 148,372.86 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 212.82 | 148,160.04 |
| 01/05/17 | 102 | Thomas Court Services | Courier service to serve subpoenas to two companies. Two Invoices: Invoice #FCI-2016000819 and Invoice # FCI-2016000820; Order Granted at doc. 54 | 2990-000 | | 303.20 | 147,856.84 |

| | |
|---|---|
| **Page Subtotals:** | **$150,318.25**  **$2,461.41** |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-70602-JAD | |
| **Case Name:** | COAST TO COAST CELLULAR, INC. | |
| **Taxpayer ID #:** | **-***3555 | |
| **For Period Ending:** | 06/04/2019 | |

| | |
|---|---|
| **Trustee Name:** | Eric Bononi (580760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9966 Checking Account |
| **Blanket Bond (per case limit):** | $11,311,777.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/18/17 | 103 | Thomas Court Services | Courier service in Texas used to serve a subpoena to a company. Order granted at doc. 54. Dividend paid 100.00% on $454.80, Trustee Expenses;  Reference: | 2990-000 | | 151.60 | 147,705.24 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.97 | 147,478.27 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.98 | 147,280.29 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.90 | 147,061.39 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 197.42 | 146,863.97 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 232.36 | 146,631.61 |
| 06/07/17 | 104 | PJ Louis, LLC | Retainer amount. Court order granted at doc. 53 | 3991-000 | | 10,000.00 | 136,631.61 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.27 | 136,429.34 |
| 07/10/17 | {3} | Travelers Insurance Company | Insurance refund from the settlement of Lona Townsend law suit. Check dated 2/9/2017 recieved on 7/10/17 | 1249-000 | 500.00 | | 136,929.34 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.14 | 136,739.20 |
| 08/16/17 | 105 | Verizon Security Subpoena Compliance | Order Granted at doc. 54. Acct# PA136597 Invoice#2017224609 | 2990-000 | | 75.00 | 136,664.20 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.36 | 136,447.84 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.82 | 136,258.02 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.11 | 136,048.91 |
| 11/30/17 | {4} | Verizon Wireless Tax Distribution | Verizon Tax Refund. Check dated 8-3-17, letter dated from James Walsh Esquire received 11-30-17. | 1229-000 | 11,366.77 | | 147,415.68 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.68 | 147,220.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.69 | 147,015.31 |
| 01/22/18 | 106 | TransPerfect Translations International, Inc. | Order granted at doc. 82. Dividend paid 100.00% on $603.85, Other Professional Expenses; Reference: | 3992-000 | | 603.85 | 146,411.46 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 232.60 | 146,178.86 |
| 02/13/18 | 107 | Joel M. Walker | Order granted at doc. 102. | 3721-000 | | 5,000.00 | 141,178.86 |

| | | | Page Subtotals: | | **$11,866.77** | **$18,544.75** | |

{ } Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-70602-JAD | **Trustee Name:** Eric Bononi (580760) |
| **Case Name:** | COAST TO COAST CELLULAR, INC. | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3555 | **Account #:** ******9966 Checking Account |
| **For Period Ending:** | 06/04/2019 | **Blanket Bond (per case limit):** $11,311,777.00 |
| | | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Dividend paid 100.00% on $5,000.00, Arbitrator/Mediator for Trustee Fees; Reference: | | | | |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.23 | 140,982.63 |
| 03/06/18 | 108 | PJ Louis | Order granted at doc. 91. Dividend paid 100.00% on $39,318.75, Other Professional Fees; Reference: | 3991-000 | | 29,318.75 | 111,663.88 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.07 | 111,482.81 |
| 04/18/18 | | David K. Rudov Esq Rudov Law IOLTA | First three payments towards the settlement that was approved by Court Order at doc. 90. Check dated 4-16-18 and received 4-18-18 | | 11,200.02 | | 122,682.83 |
| | {5} | | First three payments from Kontel $40,000.02 | 1241-000 | | | 122,682.83 |
| | | Rudov & Stein, P.C. | David K. Rudov - contingent fee for settlement -$14,400.00 | 3210-000 | | | 122,682.83 |
| | | Scott M. Hare, Esquire | Scott M. Hare - Contingent Fee for Settlement -$14,400.00 | 3210-000 | | | 122,682.83 |
| 04/30/18 | 109 | Konatel | Order granted at doc. 102. Dividend paid 100.00% on $1,348.72, Other Professional Expenses; Reference: | 3992-000 | | 1,348.72 | 121,334.11 |
| 04/30/18 | 110 | Verbatim Reporting | Order granted at doc. 102. Dividend paid 100.00% on $730.00, Other Professional Expenses; Reference: | 3992-000 | | 730.00 | 120,604.11 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.37 | 120,443.74 |
| 05/07/18 | {5} | David K. Rudov Esq IOLTA | 4th Installment Payment that was granted at doc. 90. Check dated 5-3-18 and received on 5-7-18 | 1241-000 | 13,333.34 | | 133,777.08 |
| 05/31/18 | {5} | Konatel Inc. | Fifth installment. Order Granted at doc. 90. Check dated 5-23-18 received after Memorial Day on 5-31-18 | 1241-000 | 13,333.34 | | 147,110.42 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.48 | 146,903.94 |
| 06/07/18 | {2} | nrtc | Annual Option Payment per Court Order at doc. 24. Check dated 6-1-18 received on 6-7-18 | 1129-000 | 500.00 | | 147,403.94 |
| 06/07/18 | 111 | Verbatim Reporting | Order Granted at doc. 105. Dividend paid 100.00% on $972.00, Other Professional Expenses; Reference: | 3992-000 | | 242.00 | 147,161.94 |

| | Page Subtotals: | **$38,366.70** | **$32,383.62** |
|---|---|---|---|

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-70602-JAD | |
| **Case Name:** | COAST TO COAST CELLULAR, INC. | |
| **Taxpayer ID #:** | **-***3555 | |
| **For Period Ending:** | 06/04/2019 | |

| | |
|---|---|
| **Trustee Name:** | Eric Bononi (580760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9966 Checking Account |
| **Blanket Bond (per case limit):** | $11,311,777.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/20/18 | {5} | Konatel, Inc. | Final Installment. Order Granted at doc. 90. Check dated 6/15/18. Check Received 6/20/18 | 1241-000 | 13,333.30 | | 160,495.24 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.33 | 160,284.91 |
| 07/16/18 | 112 | David K. Rudov, Esquire | Order Granted at doc. 105. Reimbursement for Fedex Office Printing Expenses. Dividend paid 100.00% on $287.80, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 287.80 | 159,997.11 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 245.85 | 159,751.26 |
| 08/29/18 | 113 | David K. Rudov, Esquire | Attorney Expenses. Order Granted at doc. 105 | 3220-000 | | 1,077.08 | 158,674.18 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 237.43 | 158,436.75 |
| 09/10/18 | 114 | David K. Rudov, Esquire | Attorney Expenses. Order Granted at doc. 105 | 3220-000 | | 163.35 | 158,273.40 |
| 09/19/18 | | David K. Rudov Esq. | Riner, et. al. Settlement. Order granted at doc. 158 in Adv. # 16-07030-JAD. Check received 9/19/18. Check dated 9/18/18. | | 270,000.00 | | 428,273.40 |
| | {6} | | Gross Proceeds from the Settlement $450,000.00 | 1241-000 | | | 428,273.40 |
| | | David K. Rudov, Esquire | Special Counsel Fee - 40% of Settlement -$90,000.00 | 3210-000 | | | 428,273.40 |
| | | Scott M. Hare, Esquire | Special Counsel Fee - 40% of Settlement -$90,000.00 | 3210-000 | | | 428,273.40 |
| 09/20/18 | 115 | PJ Louis | Expert Witness Fees. Order Granted at doc. 120. | 3991-000 | | 14,006.25 | 414,267.15 |
| 09/24/18 | 116 | Joel M. Walker | Mediator Fees. Order Granted at doc. 105.Dividend paid 100% on $8,001.23, Arbitrator/Mediator for Trustee Fees; | 3721-000 | | 3,001.23 | 411,265.92 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.19 | 411,077.73 |
| 10/02/18 | 117 | Charles P. Dahlmann | Forensic Accountant Fees. Order Granted at doc. 128. | 3410-000 | | 6,150.00 | 404,927.73 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 369.76 | 404,557.97 |
| 11/07/18 | {7} | Jonathan Gibbon | Sale of NRTC Purchase Option and Subordinate Certificate. Order | 1229-000 | 3,500.00 | | 408,057.97 |

Page Subtotals: **$286,833.30** **$25,937.27**

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

**Form 2**

Exhibit 9
Page:  5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-70602-JAD | **Trustee Name:** Eric Bononi (580760) |
| **Case Name:** | COAST TO COAST CELLULAR, INC. | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3555 | **Account #:** ******9966 Checking Account |
| **For Period Ending:** | 06/04/2019 | **Blanket Bond (per case limit):** $11,311,777.00 |
| | | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Granted at doc. 144. Check dated 11/6/18. Check received 11/6/18 | | | | |
| 04/10/19 | | IRS - EFTPS 940 | Reversal of 940 disbursement adjustments.  Funds not transferred. | | | -912.77 | 408,970.74 |
| | | | priority allocation       -$840.00 | 5800-000 | | | 408,970.74 |
| | | | unsecured allocation       -$72.77 | 7100-000 | | | 408,970.74 |
| 04/10/19 | | IRS - EFTPS 941 | Reversal of 941 disbursement adjustments.  Funds not transferred. | | | -18,038.08 | 427,008.82 |
| | | | allocation to priority FWTP       -$2,994.00 | 5300-000 | | | 427,008.82 |
| | | | allocation to FICAEEP       -$1,546.90 | 5300-000 | | | 427,008.82 |
| | | | allocation to MEDIEEP       -$361.78 | 5300-000 | | | 427,008.82 |
| | | | allocation to FICAERP       -$1,546.90 | 5800-000 | | | 427,008.82 |
| | | | allocation to MEDIERP       -$361.78 | 5800-000 | | | 427,008.82 |
| | | | allocation to FWTU       -$7,161.92 | 7100-000 | | | 427,008.82 |
| | | | allocation to FICAEEU       -$1,167.00 | 7100-000 | | | 427,008.82 |
| | | | allocation to MEDIEEU       -$865.40 | 7100-000 | | | 427,008.82 |
| | | | allocation to FICAERU       -$1,167.00 | 7100-000 | | | 427,008.82 |
| | | | allocation to MEDIERU       -$865.40 | 7100-000 | | | 427,008.82 |
| 04/10/19 | 118 | Eric E. Bononi | Distribution payment - Dividend paid at 100.00% of $4,007.50; Claim # Acct; Filed: $4,007.50 | 3310-000 | | 4,007.50 | 423,001.32 |
| 04/10/19 | 119 | Eric Bononi | Distribution payment - Dividend paid at 100.00% of $2,157.23; Claim # AE; Filed: $2,157.23 | 3120-000 | | 2,157.23 | 420,844.09 |
| 04/10/19 | 120 | Eric E. Bononi | Distribution payment - Dividend paid at 100.00% of $48,965.00; Claim # AF; Filed: $48,965.00 | 3110-000 | | 48,965.00 | 371,879.09 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $36,178.88 |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

## Form 2

Exhibit 9
Page:  6

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-70602-JAD |
| **Case Name:** | COAST TO COAST CELLULAR, INC. |
| **Taxpayer ID #:** | **-***3555 |
| **For Period Ending:** | 06/04/2019 |

| | |
|---|---|
| **Trustee Name:** | Eric Bononi (580760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9966 Checking Account |
| **Blanket Bond (per case limit):** | $11,311,777.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/10/19 | 121 | CLERK, U.S. BANKRUPTCY COURT | Distribution payment - Dividend paid at 100.00% of $1,062.00; Claim # CLERK; Filed: $1,062.00 | 2700-000 | | 1,062.00 | 370,817.09 |
| 04/10/19 | 122 | Eric Bononi | Distribution payment - Dividend paid at 100.00% of $42,217.25; Claim # FEE; Filed: $42,217.25 | 2100-000 | | 42,217.25 | 328,599.84 |
| 04/10/19 | 123 | Comptroller of Maryland | Distribution payment - Dividend paid at 100.00% of $717.31; Claim # ; Filed: | 5300-000 | | 717.31 | 327,882.53 |
| 04/10/19 | 124 | Comptroller of Maryland | Distribution payment - Dividend paid at 100.00% of $399.20; Claim # ; Filed: | 5300-000 | | 399.20 | 327,483.33 |
| 04/10/19 | 125 | NYS Employment Contributions and Taxes | Distribution payment - Dividend paid at 100.00% of $873.25; Claim # ; Filed: | 5300-000 | | 873.25 | 326,610.08 |
| 04/10/19 | 126 | Lonta Townsend | Distribution payment - Dividend paid at 71.40% of $12,475.00; Claim # 4P-2; Filed: $12,475.00 | 5300-000 | | 8,907.15 | 317,702.93 |
| 04/10/19 | 127 | William R. Sullivan | Distribution payment - Dividend paid at 73.35% of $12,475.00; Claim # 10P; Filed: $12,475.00 | 5300-000 | | 9,150.41 | 308,552.52 |
| 04/10/19 | 128 | Maryland Department of Labor, Licensing & Regulation | Distribution payment - Dividend paid at 100.00% of $324.35; Claim # ; Filed: $0.00 | 5800-000 | | 324.35 | 308,228.17 |
| 04/10/19 | 129 | NYS Employment Contributions and Taxes | Distribution payment - Dividend paid at 100.00% of $399.60; Claim # ; Filed: | 5800-000 | | 399.60 | 307,828.57 |
| 04/10/19 | 130 | Pennsylvania Department of Revenue | Distribution payment - Dividend paid at 100.00% of $289.41; Claim # 1P; Filed: $289.41 Voided on 05/13/2019 | 5800-004 | | 289.41 | 307,539.16 |
| 04/10/19 | 131 | Oregon Department of Revenue | Distribution payment - Dividend paid at 100.00% of $152.21; Claim # 7P-2; Filed: $152.21 | 5800-000 | | 152.21 | 307,386.95 |
| 04/10/19 | 132 | Tennessee Dept. of Revenue c/o Attorney General | Distribution payment - Dividend paid at 100.00% of $6,715.73; Claim # 8P; Filed: $6,715.73 | 5800-000 | | 6,715.73 | 300,671.22 |
| 04/10/19 | 133 | New York State Dept. of Taxation and Finance | Distribution payment - Dividend paid at 100.00% of $37.13; Claim # 9P; Filed: $37.13 | 5800-000 | | 37.13 | 300,634.09 |
| 04/10/19 | 134 | Wisconsin Department of Revenue | Distribution payment - Dividend paid at 100.00% of $26.35; Claim # 13; Filed: $26.35 | 5800-000 | | 26.35 | 300,607.74 |
| 04/10/19 | 135 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $705.62; Claim # 14; Filed: $705.62 | 5800-000 | | 705.62 | 299,902.12 |
| 04/10/19 | 136 | Maryland Department of Labor, Licensing & Regulation | Distribution payment - Dividend paid at 8.67% of $221.00; Claim # ; Filed: | 7100-000 | | 19.15 | 299,882.97 |
| 04/10/19 | 137 | Comptroller of Maryland | Distribution payment - Dividend | 7100-000 | | 442.66 | 299,440.31 |

Page Subtotals: **$0.00** **$72,438.78**

{} Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

## Form 2

Exhibit 9
Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-70602-JAD | |
| **Case Name:** | COAST TO COAST CELLULAR, INC. | |
| **Taxpayer ID #:** | **-***3555 | |
| **For Period Ending:** | 06/04/2019 | |

| | |
|---|---|
| **Trustee Name:** | Eric Bononi (580760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9966 Checking Account |
| **Blanket Bond (per case limit):** | $11,311,777.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | paid at 8.66% of $5,109.36; Claim # ; Filed: | | | | |
| 04/10/19 | 138 | Comptroller of Maryland | Distribution payment - Dividend paid at 8.66% of $2,843.47; Claim # ; Filed: | 7100-000 | | 246.35 | 299,193.96 |
| 04/10/19 | 139 | NYS Employment Contributions and Taxes | Distribution payment - Dividend paid at 8.66% of $399.60; Claim # ; Filed: | 7100-000 | | 34.62 | 299,159.34 |
| 04/10/19 | 140 | NYS Employment Contributions and Taxes | Distribution payment - Dividend paid at 8.66% of $42,001.75; Claim # ; Filed: | 7100-000 | | 3,638.89 | 295,520.45 |
| 04/10/19 | 141 | telSPACE,LLC | Distribution payment - Dividend paid at 8.66% of $149,629.23; Claim # 2; Filed: $149,629.23 | 7100-000 | | 12,963.39 | 282,557.06 |
| 04/10/19 | 142 | telSPACE,LLC | Distribution payment - Dividend paid at 8.66% of $1,795,161.29; Claim # 3; Filed: $1,795,161.29 | 7100-000 | | 155,526.95 | 127,030.11 |
| 04/10/19 | 143 | Lonta Townsend | Distribution payment - Dividend paid at 6.19% of $88,858.50; Claim # 4U-2; Filed: $88,858.50 | 7100-000 | | 5,496.67 | 121,533.44 |
| 04/10/19 | 144 | Wells Fargo Bank, N.A. Business Direct Division | Distribution payment - Dividend paid at 8.66% of $16,242.31; Claim # 5; Filed: $16,242.31 | 7100-000 | | 1,407.18 | 120,126.26 |
| 04/10/19 | 145 | Universal Service Administrative Company | Distribution payment - Dividend paid at 8.66% of $4,699.41; Claim # 6; Filed: $4,699.41 | 7100-000 | | 407.14 | 119,719.12 |
| 04/10/19 | 146 | CLERK, U.S. BANKRUPTCY COURT | Distribution payment - Dividend paid at 8.67% of $31.94; Claim # 7U-2; Filed: $31.94 | 7100-001 | | 2.77 | 119,716.35 |
| 04/10/19 | 147 | William Sullivan | Distribution payment - Dividend paid at 6.78% of $600,025.00; Claim # 10U; Filed: $600,025.00 | 7100-000 | | 40,663.75 | 79,052.60 |
| 04/10/19 | 148 | William Sullivan | Distribution payment - Dividend paid at 8.66% of $303,735.50; Claim # 12; Filed: $303,735.50 | 7100-000 | | 26,314.66 | 52,737.94 |
| 04/10/19 | 149 | KonaTel, Inc. | Distribution payment - Dividend paid at 8.66% of $171,246.50; Claim # 15; Filed: $171,246.50 | 7100-000 | | 14,836.24 | 37,901.70 |
| 04/10/19 | | IRS - EFTPS 941 | Distribution payment - Dividend paid at 100.00% of $1,546.90; Claim # ; Filed: | 5300-000 | | 1,546.90 | 36,354.80 |
| 04/10/19 | | IRS - EFTPS 941 | Distribution payment - Dividend paid at 100.00% of $361.78; Claim # ; Filed: | 5300-000 | | 361.78 | 35,993.02 |
| 04/10/19 | | IRS - EFTPS 941 | Distribution payment - Dividend paid at 100.00% of $2,994.00; Claim # ; Filed: | 5300-000 | | 2,994.00 | 32,999.02 |
| 04/10/19 | | IRS - EFTPS 941 | Distribution payment - Dividend paid at 100.00% of $1,546.90; Claim # ; Filed: | 5800-000 | | 1,546.90 | 31,452.12 |

|  | Page Subtotals: | $0.00 | $267,988.19 |
|---|---|---|---|

## Form 2

Exhibit 9
Page: 8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-70602-JAD | |
| **Case Name:** | COAST TO COAST CELLULAR, INC. | |
| **Taxpayer ID #:** | **-***3555 | |
| **For Period Ending:** | 06/04/2019 | |

| | |
|---|---|
| **Trustee Name:** | Eric Bononi (580760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9966 Checking Account |
| **Blanket Bond (per case limit):** | $11,311,777.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/10/19 | | IRS - EFTPS 941 | Distribution payment - Dividend paid at 100.00% of $361.78; Claim # ; Filed: | 5800-000 | | 361.78 | 31,090.34 |
| 04/10/19 | | IRS - EFTPS 940 | Distribution payment - Dividend paid at 100.00% of $840.00; Claim # ; Filed: | 5800-000 | | 840.00 | 30,250.34 |
| 04/10/19 | | IRS - EFTPS 941 | Distribution payment - Dividend paid at 8.66% of $13,470.03; Claim # ; Filed: | 7100-000 | | 1,167.00 | 29,083.34 |
| 04/10/19 | | IRS - EFTPS 941 | Distribution payment - Dividend paid at 8.66% of $9,988.81; Claim # ; Filed: | 7100-000 | | 865.40 | 28,217.94 |
| 04/10/19 | | IRS - EFTPS 941 | Distribution payment - Dividend paid at 8.66% of $13,470.03; Claim # ; Filed: | 7100-000 | | 1,167.00 | 27,050.94 |
| 04/10/19 | | IRS - EFTPS 941 | Distribution payment - Dividend paid at 8.66% of $9,988.81; Claim # ; Filed: | 7100-000 | | 865.40 | 26,185.54 |
| 04/10/19 | | IRS - EFTPS 940 | Distribution payment - Dividend paid at 8.66% of $840.00; Claim # ; Filed: | 7100-000 | | 72.77 | 26,112.77 |
| 04/10/19 | | IRS - EFTPS 941 | Distribution payment - Dividend paid at 8.66% of $82,666.02; Claim # ; Filed: | 7100-000 | | 7,161.92 | 18,950.85 |
| 05/13/19 | 130 | Pennsylvania Department of Revenue | Distribution payment - Dividend paid at 100.00% of $289.41; Claim # 1P; Filed: $289.41 Voided on 05/13/2019 | 5800-004 | | -289.41 | 19,240.26 |
| 05/13/19 | 150 | CLERK, U.S. BANKRUPTCY COURT | PA claims there is no liabilities owing. Money is now unclaimed funds | 5800-001 | | 289.41 | 18,950.85 |
| 05/20/19 | | IRS - EFTPS 941 | IRS EFTPS final distribution payment of 941 taxes | | | 18,038.08 | 912.77 |
| | | | allocation to FWTP           $2,994.00 | 5300-000 | | | 912.77 |
| | | | allocation to FICAEEP           $1,546.90 | 5300-000 | | | 912.77 |
| | | | allocation to MEDIEEP           $361.78 | 5300-000 | | | 912.77 |
| | | | allocation to FICAERP           $1,546.90 | 5800-000 | | | 912.77 |
| | | | allocation to MEDIERP           $361.78 | 5800-000 | | | 912.77 |
| | | | allocation to FWTU           $7,161.92 | 7100-000 | | | 912.77 |

|  | Page Subtotals: | $0.00 | $30,539.35 |
|---|---|---|---|

## Form 2

Exhibit 9
Page: 9

## Cash Receipts And Disbursements Record

| Case No.: | 15-70602-JAD | Trustee Name: | Eric Bononi (580760) |
|---|---|---|---|
| Case Name: | COAST TO COAST CELLULAR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3555 | Account #: | ******9966 Checking Account |
| For Period Ending: | 06/04/2019 | Blanket Bond (per case limit): | $11,311,777.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | allocation to FICAEEU | 7100-000 | | | 912.77 |
| | | | $1,167.00 | | | | |
| | | | allocation to MEDIEEU | 7100-000 | | | 912.77 |
| | | | $865.40 | | | | |
| | | | allocation to FICAERU | 7100-000 | | | 912.77 |
| | | | $1,167.00 | | | | |
| | | | allocation to MEDIERU | 7100-000 | | | 912.77 |
| | | | $865.40 | | | | |
| 05/20/19 | | IRS - EFTPS 940 | IRS EFTPS final distribution payment of 940 taxes | | | 912.77 | 0.00 |
| | | | Allocation to FUTAP | 5800-000 | | | 0.00 |
| | | | $840.00 | | | | |
| | | | Allocation to FUTAU | 7100-000 | | | 0.00 |
| | | | $72.77 | | | | |
| | | COLUMN TOTALS | | | 487,385.02 | 487,385.02 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 487,385.02 | 487,385.02 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $487,385.02 | $487,385.02 | |

# Form 2

Exhibit 9

Page:   10

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-70602-JAD | **Trustee Name:** | Eric Bononi (580760) |
| **Case Name:** | COAST TO COAST CELLULAR, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3555 | **Account #:** | ******9966 Checking Account |
| **For Period Ending:** | 06/04/2019 | **Blanket Bond (per case limit):** | $11,311,777.00 |
| | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---|---|
| Net Receipts: | $487,385.02 |
| Plus Gross Adjustments: | $291,960.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $779,345.02 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9966 Checking Account | $487,385.02 | $487,385.02 | $0.00 |
| | **$487,385.02** | **$487,385.02** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)